IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CRIMINAL ACTION NO. |
| v.   ) | 2:25cr112-MHT |
| ) | (WO) |
| **EDSON ALEJANDRO BURUCA** ) | |
| **ROMERO**   ) | |

### ORDER

This cause is before the court on the motion to continue trial filed by defendant Edson Alejandro Buruca Romero. For the reasons set forth below, the court finds that jury selection and trial, now set for May 12, 2025, should be continued pursuant to 18 U.S.C. § § 3161(h)(7)(A).

While the granting of a continuance is left to the sound discretion of the trial judge, see *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making

> public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

§ 3161(c)(1). The Act excludes from the 70-day period any period of delay stemming from a continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting a continuance under subsection (h)(7)(A), the court may consider, among other factors, whether the failure to grant the continuance "would be likely to ... result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the

interest of the public and Buruca Romero in a speedy trial. Defense counsel asserts that she expects to receive more discovery from the government, and that the current trial date does not allow sufficient time to review that discovery with the defendant and to have the effective communication with the defendant necessary for effective representation. The court finds that additional time is necessary to ensure that defense counsel can provide adequate representation to the defendant and determine how to proceed in the case. Also, the government does not oppose the motion.

\*\*\*

Accordingly, it is ORDERED as follows:

(1) The unopposed motion to continue trial (Doc. 19) is granted.

(2) The jury selection and trial, now set for May 12, 2025, are continued to June 23, 2025, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr.

United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The motion to continue the plea deadline (Doc. 19) is left pending for the United States Magistrate Judge.

DONE, this the 18th day of April, 2025.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**